**DENIED and Opinion Filed June 3, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00640-CV**

**IN RE ROCKY CORONADO, Relator**

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F1476115**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Goldstein

Before the Court is pro se relator's May 28, 2024 petition for writ of mandamus. Relator asks this Court to compel the trial court to rule on a motion that he contends he filed in November 2023.

Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous ways. *See* TEX. R. APP. P. 52.3(a)–(d)(3), (e)–(k)(1)(A), 52.7(a). Relator's status as an inmate does not relieve him of his duty to comply with rule 52. *In re Skinner*, No. 05-23-00930-CV, 2023 WL 6618295, at *1 (Tex. App.—Dallas Oct. 11, 2023, orig. proceeding) (mem. op.). Relator's petition thus does not meet the requirements of the Texas Rules of Appellate Procedure for consideration

of mandamus relief. *See In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.).

Accordingly, we deny the petition.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

240640F.P05